1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| APPLE INC., | Misc. Case No. 2:20-mc-00088 |
| Movant, | [re Case Nos. 3:19-cv-1905-JD (N.D. Cal.), 5:19-cv-1692-EJD (N.D. Cal.), and 6:19-cv-532-ADA (W.D. Tex.)] |
| v. | |
| FIG LLC, | **[PROPOSED] ORDER GRANTING MOVANT APPLE INC.'S MOTION TO COMPEL THIRD PARTY FIG LLC TO PRODUCE DOCUMENTS** |
| Respondent. | |
| | DATE: <br> TIME: <br> COURTROOM: <br> JUDGE: |
| | Discovery Cut-Off:   September 21, 2020 <br> (Expert Reports Due October 9, 2020) <br> Pre-Trial Conf.:   TBD <br> Trial:   TBD |

Before the Court is Apple Inc.'s Motion to Compel Third Party FIG LLC to Produce Documents. Having considered the Motion, the Court ORDERS FIG LLC to produce all documents within its possession, custody, or control that are responsive to Request Nos. 1–17 of Apple's subpoena in *Uniloc 2017 LLC v. Apple Inc.*, 3:19-cv-

1905-JD (N.D. Cal.) (and identical requests in Apple's subpoenas in Case Nos. 5:19-cv-1692-EJD (N.D. Cal.) and 6:19-cv-532-ADA (W.D. Tex.)).

**IT IS SO ORDERED.**

DATED: _____          _____
                                   United States District Judge